IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA

VS.                                                           CRIMINAL NO. 2:18-cr-6-KS-MTP

ADAM BRENT WALLACE

## ORDER

THIS CAUSE IS BEFORE THE COURT on "Motion to Request Permission to Leave the Judicial District to Visit Family Members and to Request Information" [15] filed by Adam Brent Wallace. The Court notes that the Defendant is still in state custody and will not be released from state custody, based on his allegations, until April 5, 2023. The Court finds that the Defendant should be placed on federal supervision as previously ordered and at that time he should, if he deems it appropriate, refile this motion, and the Court will be able to hear from his supervising officer.

NOW, THEREFORE, IT IS HEREBY ORDERED that the Motion to Request Permission, etc. be, and the same is, hereby DENIED WITHOUT PREJUDICE.

SO ORDERED this the __22nd__ day of February, 2023.

___s/Keith Starrett_____
UNITED STATES DISTRICT JUDGE